# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 08-cr-00-315-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR OMAR MUNOZ-GOMEZ,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

Pursuant to the Notice of Dispostion (Doc. # 14), a Change of Plea hearing is set for **December 19, 2008, at 8:30 a.m.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on December 17, 2008**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to Judge Arguello's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

The present case is related to Criminal Case No. 07-cr-00172-CMA-21. Pursuant to the Notice of Dispostion (Doc. # 1290) in that case, a Change of Plea hearing in the 07-cr-00172-CMA-21 case will be set for the same date and time as this

case.

DATED: November 10, 2008

BY THE COURT:

_____
Christine M. Arguello
District Court Judge