IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00315-CMA-1

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

1. EDGAR OMAR MUNOZ GOMEZ,

        **Defendant.**

---

## ORDER TO RETURN CASE AND DEFENDANT TO THE WESTERN DISTRICT OF TEXAS, EL PASO DIVISION, PURSUANT TO RULE 20

---

The Court is familiar with the file in the above captioned and styled case and has been advised of the status of the defendant in District of Colorado Case No. 07-cr-00172-CMA. The above captioned case was transferred to the District of Colorado at the defendant's request, and with the consent of the U.S. Attorneys, pursuant to Fed.R.Crim.P. 20 (DOC 1).

Defendant Edgar Omar Munoz Gomez was set for re-arraignment before the United States Magistrate Judge on May 18, 2009 (DOC 22).

The Defendant entered a plea of not guilty in the above captioned case on May 18, 2009. Fed.R.Crim.P. 20(c) provides that if the defendant enters a plea of not guilty after the case has been transferred from one district to another under Rule 20(a), the Clerk of the court must return the matter to the court where the prosecution began, and that originating court must restore the proceeding to its docket in accordance with Rule 20(c).

The Court has authority to address this matter pursuant to Rule 20 and the All Writs Act,

18 U.S.C. § 1651. The Court, being sufficiently advised in the premises, hereby finds, concludes and orders the following: The Clerk of the Court shall return this matter to the Western District of Texas, El Paso Division, pursuant to the terms of Rule 20; the U.S. Marshal's Service shall transport the defendant to the Western District of Texas, El Paso Division without unnecessary delay; the matter shall be restored to the docket of the United States District Court in the Western District of Texas; and the Defendant shall be brought before the Court in the Western District of Texas shortly after his return to the Western District of Texas, El Paso Division.

The Government is instructed to transmit a copy of this Order to the office of the United States Attorney of the Western District of Texas, El Paso Division. The Government is instructed to provide the United States Marshal's Service with a copy of this Order to further the movement of the Defendant from Colorado to the Western District of Texas, El Paso Division.

It is so ordered. Signed and entered this 18th day of May, 2009, at Denver, Colorado.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE